**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **BARBARA L. COENEN,**<br><br>  Plaintiff,<br><br>vs.<br><br>**MICHAEL J. ASTRUE,** Commissioner of Social Security,<br><br>  Defendant | No. **4:09-CV-03120**<br><br>**ORDER EXTENDING TIME TO FILE BRIEFS** |

This matter comes before the Court on Plaintiff's Unresisted First Application for Extension of Time to File Brief (docket number 10) filed on November 23, 2009. The Plaintiff requests that the deadline for filing her brief be extended an additional twenty days as "Counsel has an unusually large number of such briefs to prepare and is preparing to relocate his office/." The Court finds that the application should be granted. ***Counsel are advised however, that no further extensions will be granted.***

## ORDER

**IT IS THEREFORE ORDERED** that the deadlines for briefing are hereby **EXTENDED** as follows:

1. Plaintiff's brief shall be filed on or before Wednesday, December 9, 2009.

2. Defendant's brief shall be filed on or before Tuesday, January 8, 2010.

DATED this 23rd day of November, 2009.

  s/ Joseph F. Bataillon
  United States District Judge